IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JANICE WRIGHT                                                                                          PLAINTIFF

v.                               Case No. 4:10-cv-296-DPM

ST. VINCENT INFIRMARY
MEDICAL CENTER                                                                                    DEFENDANT

PROTECTIVE ORDER

St. Vincent's unopposed motion for a protective order, *Document No. 17*, is granted.

1.     Confidential Information (as defined below) obtained by either party shall be used only for the purpose of this litigation and for no other purpose.  It shall not be given, shown, made available or communicated in any way to anyone except Qualified Persons (as defined below).

2.     "Confidential Information" shall include, without limitation: personnel files, salary/pay histories, proprietary information, and other matters now requested or later requested by the Plaintiff, from the Defendant, and as agreed to by the parties, relating to the operation and organization of

the Defendant and other information found confidential by this Court. Defendant will designate this information "Confidential Information" with the method of designation set forth in the letter of transmittal to the Plaintiff. If Plaintiff disputes that the designated information is confidential, defendant shall file a Rule 26(c) motion, pursuant to the Federal Rules of Civil Procedure, demonstrating good cause as to why the information should be designated as confidential.

3. Except with the prior written consent of the Defendant, or pursuant to further Orders of this Court on motion with notice to the Defendant, no Confidential Information may be disclosed to any person other than these "Qualified Persons": the Plaintiff, any future counsel of record for the Plaintiff in this action, secretaries, paraprofessional assistants, experts, and other employees of such counsel who would be actively assisting counsel in connection with this action.

4. This Order shall continue to be binding through and after the conclusion of this litigation. At the conclusion of this action, including all appeals:

a) Upon request by Defendant, Plaintiff (or his counsel) shall take all reasonable steps necessary to reclaim all Confidential Information, including correspondence, memoranda, notes or any other documents embodying such information, in whole or in part.

b) Counsel and all Qualified Persons are enjoined from disclosing in any manner any Confidential Information obtained during the course of this proceeding.

5. Confidential Information included in any papers or filed with the Court shall be redacted to the extent necessary to preserve confidentiality. For instance, a personnel document which only contains confidential information such as a birth date, social security number, or salary information should be redacted to exclude that information, and then used. Or, if the identity of the individual needed to be protected, the document could be redacted to exclude the name of that individual. *See* FED. R. CIV. P. 5.2 and Advisory Committee Notes. If redaction is impracticable, or would remove information necessary to the Court's decision on the relevant motion or paper, and only then, the motion or paper should be labeled "Confidential-Subject to Court Order", and filed

under seal and unredacted. Only the Court, Court personnel, and counsel for the parties shall have access to the sealed record in this proceeding until further Order of this Court.

6. Plaintiff's current counsel shall explain to Plaintiff the terms of this Protective Order, including the requirements and restrictions she must observe.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2011