IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JANICE WRIGHT**                                                                                  **PLAINTIFF**

v.                                        No. 4:10-cv-296-DPM

**ST. VINCENT INFIRMARY**
**MEDICAL CENTER**                                                                  **DEFENDANT**

ORDER

This case is second out for trial on 9 July 2012 behind an older case that now appears sure to be tried. The Court can try this case starting 16 August 2012. If that date is inconvenient for counsel or the parties, however, this ripe case will face another lengthy continuance. The parties should also consider consenting to trial before Magistrate Judge Kearney, who could probably hold this bench trial sooner rather than later. FED. R. CIV. P. 72(a); 28 U.S.C. § 636(c). The parties should confer and file a joint report on their preference by 1 June 2012.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2012