IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JANICE WRIGHT                                                          PLAINTIFF

v.                          No. 4:10-cv-296-DPM

ST. VINCENT HEALTH SYSTEM                        DEFENDANT

## ORDER

Sarah Colley and Debbie Hawthorne — St. Vincent's representatives — may bring their cell phones (including smart phones) into the courthouse on August 16th and 17th. They may use their phones as needed outside of any courtroom. When inside the courtroom, they must turn off their cell phones. Putting the cell phones on "vibrate" or "silent" is unacceptable. They may not use their phones to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be as quiet as possible.

So Ordered.

                                                             _____
                                                             D.P. Marshall Jr.
                                                            United States District Judge

                                                            13 August 2012