Case 4:10-cv-00296-DPM   Document 47   Filed 08/21/12   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JANICE WRIGHT                                                                PLAINTIFF

v.                               No. 4:10-cv-296-DPM

ST. VINCENT HEALTH SYSTEM                                      DEFENDANT

JUDGMENT

The parties tried this case to the Court on 16–17 August 2012. At the end of the trial, the Court made findings of fact and explained its conclusions of law from the bench. For the reasons stated, the Court ruled in favor of St. Vincent on Wright's disparate-treatment claim (as to terms and conditions and termination) and on her retaliation claim. Wright's complaint is therefore dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

21 August 2012